PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 559-4000
Facsimile: (559) 559-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-mj-00056-SKO |
|---|---|
| Plaintiff, | |
| v. | UNITED STATES' MOTION AND ORDER FOR DISMISSAL |
| CARLOS BOBADILLA, | |
| Defendant. | |

The United States now moves to dismiss the complaint in the above captioned case filed on May 18, 2023, without prejudice in the interest of justice and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. Further, the United States moves to cancel the arrest warrant pursuant to Rule 4(c)(4)(A).

Dated: July 19, 2023               PHILLIP A. TALBERT
                                   United States Attorney

                          By:      /s/ Antonio J. Pataca
                                   ANTONIO J. PATACA
                                   Assistant U.S. Attorney

1

## ORDER

The Court hereby orders that the complaint in case number 1:23-mj-00056-SKO, filed on May 18, 2023, be DISMISSED WITHOUT PREJUDICE. The Court further orders that the arrest warrant issued be cancelled.

IT IS SO ORDERED.

Dated: **July 20, 2023**    
UNITED STATES DISTRICT JUDGE