HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
CARLOS BOBADILLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  1:23-mj-00056-SKO |
|---|---|
| Plaintiff, | **MOTION FOR RETURN OF PASSPORT; ORDER** |
| vs. | |
| CARLOS BOBADILLA, | |
| Defendant. | |

Defendant Carlos Bobadilla first appeared in this Court on May 19, 2023, after being charged by criminal complaint on May 18, 2023. *See* Dkt. #1, #4. A detention hearing was held in the matter on May 26, 2023, and Mr. Bobadilla was ordered released on conditions. *See* Dkt. #12. Pursuant to the terms of his release, Mr. Bobadilla surrendered his United States Passport on May 26, 2023. *See* Dkt. #8.

| 05/26/2023 | 8 | COLLATERAL RECEIVED as to Carlos Bobadilla: USA Passport No. 523776916 from defendant's counsel Reed Grantham. (Marrujo, C) (Entered: 05/26/2023) |
|---|---|---|

On July 19, 2023 the government filed a Motion to Dismiss the complaint that was signed by this Court on July 20, 2023. *See* Dkt. #19 and #20.

Pursuant to the Clerk's Office, this Court remains in possession of Mr. Bobadilla's passport. As Mr. Bobadilla's case has been dismissed, it is requested that Mr. Bobadilla's United

States Passport be returned to him. Mr. Bobadilla requests that his United States Passport be released by the Clerk's Office to Mr. Bobadilla.

                                    Respectfully submitted,

                                    HEATHER E. WILLIAMS
                                    Federal Defender

Date: July 21, 2023                    */s/ Reed Grantham*
                                    REED GRANTHAM
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    CARLOS BOBADILLA

## **O R D E R**

IT IS HEREBY ORDERED that the Clerk of the Court return Mr. Bobadilla's United States Passport received on May 26, 2023. Mr. Bobadilla's United States Passport may be picked up from the Clerk's Office by Mr. Bobadilla.

IT IS SO ORDERED.

Dated:  **July 24, 2023**                          _____
                                                                  UNITED STATES MAGISTRATE JUDGE